```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
CT ESPRESSO LLC,                         :
                                         :
                        Plaintiff,       :
                                         :       22cv377 (DLC)
            -v-                          :
                                         :          ORDER
LAVAZZA PREMIUM COFFES CORP., LUIGI      :
LAVAZZA S.P.A., and JOHN DOES 1-10,      :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the plaintiff's October 12, 2022 motion for reconsideration, it is hereby

    ORDERED that the defendants shall file any opposition to the motion for reconsideration by **October 28, 2022**.  The plaintiff shall file any reply by **November 4, 2022**.  At the time the motion papers are filed, the party shall supply chambers with two (2) courtesy copies of the papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Dated:    New York, New York
           October 13, 2022

                              _____
                                  DENISE COTE
                         United States District Judge